2 So.2d 327

## Rosalie BROWN v. STATE.

### 1 Div. 385.

Court of Appeals of Alabama.
May 13, 1941.

Bart B. Chamberlain, Jr., of Mobile, for appellant.

Thos. S. Lawson, Atty. Gen., and John W. Vardaman, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

The questions of law presented by this appeal are of the same import as those in the appeal of the case of Arnold v. State, Ala.App., 2 So.2d 316,[1] certiorari denied by Supreme Court, 2 So.2d 319.[2] The controlling points of decision involved here having been considered and determined by this court in the Arnold case, the judgment of conviction from which this appeal proceeded is reversed and the cause remanded.

Reversed and remanded.